**Court Exhibit 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

　　　　-against-

DAREMUS REYNOLDS,

　　　　　　　　　Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

(20) MAG (10528)
20 cr 691

Defendant _____Daremus Reynolds_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X__ teleconferencing:

___　Initial Appearance Before a Judicial Officer

_X__　Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___　Bail/Detention Hearing

___　Conference Before a Judicial Officer

/s/ Daremus Reynolds by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____Daremus Reynolds_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Christopher Booth_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/22/2020
_____
Date

___Judith C. McCarthy___
U.S. District Judge/U.S. Magistrate Judge